ATTACHMENT A

6700 BACK CREEK ROAD, BOONES MILL, VIRGINIA is a residential property located along Back Creek Road, and consists of a single-story house with an attached two vehicle garage. According to the Roanoke County GIS, the property contains approximately 31.09 acers of land with a rural home site style building constructed in approximately 1981. The residence is primarily cedar or redwood siding and consists of approximately three bedrooms and two and a half baths. The main entry point of the residence is a dark colored door enclosed with a light colored storm door.

